UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al., <br><br> Plaintiff, <br><br> v. <br><br> 4 SEASONS MECHANICAL, INC. and MIKE MATILLA, <br><br> Defendants. | C16-1736 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed plaintiffs' response to the Minute Order dated February 8, 2017, docket no. 4, directing the parties to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on November 29, 2016, docket no. 3, the Court hereby EXTENDS the following deadlines:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | April 17, 2017 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | May 1, 2017 |
| Combined Joint Status Report and Discovery Plan | May 1, 2017 |

(2) Plaintiffs' response to the Court's February 8, 2017, Minute Order indicates that defendant Mike Matilla was served on February 7, 2017, but that, despite several attempts, service has not yet been effected on defendant 4 Seasons Mechanical, Inc. Although the ninety-day time limit for service expired on February 8, 2017, the Court

MINUTE ORDER - 1

finds good cause to extend the time limit for service of defendant 4 Seasons Mechanical, Inc. based on the representations contained in plaintiffs' response. *See* Fed. R. Civ. P. 4(m). Plaintiffs' shall have an additional thirty (35) days from the date of this Minute Order to effectuate service on defendant 4 Seasons Mechanical, Inc.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of February, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2