UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al.,

     Plaintiffs,

v.

4 SEASONS MECHANICAL AND MIKE MATTILA,

     Defendants.

C16-1736 TSZ

MINUTE ORDER

   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

   (1) On February 8, 2017, the Court ordered the parties to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report. Minute Order, docket no. 4. After receiving a response from plaintiffs indicating that the delay was due to difficulties in effecting service, the Court extended the deadline for the Fed. R. Civ. P. 26(f) conference to April 17, 2017, and the deadlines for initial disclosures and submission of the Joint Status Report and Discovery Plan to May 1, 2017. Minute Order, docket no. 7. To date, the Court has not received a Joint Status Report from the parties. Accordingly, the parties are ordered to show cause by May 26, 2017, why this action should not be dismissed for failing to comply with the Court's order requiring submission of a Joint Status Report by May 1, 2017, docket no. 7. Absent a timely response to this Minute Order, this action shall be DISIMISSED without prejudice.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of May, 2017.

                    William M. McCool
                    Clerk

                    s/Karen Dews
                    Deputy Clerk

MINUTE ORDER - 2