UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 4 SEASONS MECHANICAL AND MIKE MATILLA, <br><br> Defendants. | C16-1736 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for default judgment against Mike Matilla, docket no. 9, is DENIED without prejudice. Default has not been entered against defendant Matilla, *see* Local Civil Rule 55(b)(1), and plaintiffs have failed to submit the affidavit concerning military service required by 50 U.S.C. § 3931(b)(1).

(2) In addition, although the Court granted an extension of the deadline to serve defendant 4 Seasons Mechanical to April 3, 2017, *see* Minute Order, docket no. 7, it appears that 4 Seasons Mechanical remains unserved. Accordingly, plaintiffs are ORDERED to show cause by June 23, 2017, why plaintiffs' claims against 4 Seasons Mechanical should not be dismissed for failing to effect timely service. *See* Fed. R. Civ. P. 4(m). Absent a timely response to this Minute Order, the Court will dismiss plaintiffs' claims against 4 Seasons Mechanical without prejudice.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of June, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk