UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al.,

    Plaintiffs,

v.

4 SEASONS MECHANICAL; and MIKE MATTILA,

    Defendants.

C16-1736 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered June 13, 2017, docket no. 11, the Court denied plaintiffs' motion for default judgment against defendant Mike Mattila because default had not been entered against him. The Court also required plaintiffs to show cause by June 23, 2017, why their claims against defendant 4 Seasons Mechanical should not be dismissed for failure to timely effect service. Minute Order at ¶ 2 (docket no. 11). On June 23, 2017, default was entered against Matilla, *see* Order (docket no. 14), and on June 26, 2017, plaintiffs voluntarily dismissed their claims against 4 Seasons Mechanical, *see* Notice (docket no. 15). Almost three months have elapsed since then without further activity in this case, and plaintiff is DIRECTED to file, within twenty-eight (28) days of the date of this Minute Order, either (i) a renewed motion for default judgment against Matilla, or (ii) a status report indicating why such motion cannot or will not be filed and whether the claims against Matilla may be dismissed without prejudice and without costs.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of September, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1